UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERTHA BROWN PELLGRIN | CIVIL ACTION |
| VERSUS | NUMBER: 21-1955 |
| BP EXPLORATION & PRODUCTION, INC. & BP AMERICA PRODUCTION COMPANY | SECTION: "J" |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that this Motion to Dismiss Plaintiff's Complaint **(Rec. Doc. 4)** filed by Defendants BP Exploration & Production, Inc. and BP America Production Company be **GRANTED** and that Plaintiff's complaint be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 12th day of January, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE